**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

NimbeLink Corp.,                                     Case No. 22-cv-2345 (NEB/DJF)

       Plaintiff,

v.                                                                    **ORDER**

Digi International Inc.,

       Defendants.

On February 24, 2026, the Court ordered the parties to meet and confer and file a joint letter regarding the status of this action in light of the Federal Circuit Court of Appeal's remand decision. (ECF No. 327.)  This matter is now before the Court on the parties' letter, which proposes amendments to the pretrial schedule.  Pursuant to Federal Rule of Civil Procedure 16(b)(4) and for good cause shown, the Court amends the pretrial schedule as follows:

- On or before **April 10, 2026**, the parties shall meet and confer and file a joint letter updating the Court as to whether they request a court-directed settlement conference. If the parties choose to participate in private mediation instead, the letter shall address the parties' selection of private mediator and mediation timing.

- On or before **May 1, 2026**:

    o  The parties shall file a joint letter regarding the need for any additional briefing on Claim Construction and terms to be construed in light of the Federal Circuit Opinion.

    o  NimbeLink Corp. ("NimbLink") may refile its motion to compel. Any such motion must be refiled in compliance with Local Rule 7.1.  The parties must first meet and confer in a good faith effort to negotiate a resolution and must

discuss whether to use informal dispute resolution (IDR).

   o   NimbeLink may refile its motion to dismiss Digi International Inc.'s ("Digi") inequitable conduct counterclaims.

- On or before **May 15, 2026**, the parties shall supplement any disclosures and discovery responses pursuant to Federal Rule of Civil Procedure 26(e) as needed.

- Within **7 days** after the District Judge files decisions regarding claim construction and Plaintiff's anticipated motion to dismiss, the parties shall file a joint letter setting forth specific proposed dates for the expert discovery and dispositive motions deadlines and the trial ready date.  The joint letter shall be due **May 15, 2026** if neither a request for claim construction briefing or motion to dismiss is filed.

**IT IS SO ORDERED.**

Dated: March 11, 2026

*s/ Dulce J. Foster*
Dulce J. Foster
United States Magistrate Judge